**FORM 5**

# UNITED STATES COURT OF INTERNATIONAL TRADE

## INFORMATION STATEMENT

*(Place an "X" in applicable [ ])*

| | |
|---|---|
| **PLAINTIFF:**<br>_____<br><br>**ATTORNEY** (*Name, Address, Telephone No.*):<br>William Kanellis<br>Dep't of Justice<br>1100 L St., NW<br>Washington, DC 20530<br>(202) 616-0338 | |

**CONSTITUTIONAL ISSUE - 28 U.S.C. § 255**

If this action raises an issue of the constitutionality of an Act of Congress, a proclamation of the President or an Executive order, check this box: [ ]

### J U R I S D I C T I O N

**28 U.S.C. § 1581(a) - Tariff Act of 1930, Section 515 - 19 U.S.C. § 1515**

[ ] Appraisal          [ ] Classification          [ ] Charges or Exactions          [ ] Vessel Repairs

[ ] Exclusion          [ ] Liquidation          [ ] Drawback

[ ] Refusal to Reliquidate          [ ] Rate of Duty          [ ] Redelivery

**28 U.S.C. § 1581(b) - Tariff Act of 1930, Section 516 - 19 U.S.C. § 1516**

[ ] Appraisal          [ ] Classification          [ ] Rate of Duty

**28 U.S.C. § 1581(c) - Tariff Act of 1930, Section 516A(a)(1), (a)(2) or (a)(3) - 19 U.S.C. §1516a** (*Provide a brief description of the administrative determination you are contesting, including the relevant **Federal Register** citation(s) and the product(s) involved in the determination.   For Section 516A(a)(1) or (a)(2), cite the specific subparagraph and clause of the section.*)

Subparagraph and Clause _____ Agency_____

*Federal Register* Cite(s)_____

Product(s)_____

**28 U.S.C. § 1581(d) - Trade Act of 1974 - 19 U.S.C. §§ 2273, 2341, 2401b**

[ ] U.S. Secretary of Labor          [ ] U.S. Secretary of Commerce          [ ] U.S. Secretary of Agriculture

**28 U.S.C. § 1581(e) - Trade Agreements Act of 1979, Section 305(b)(1) - 19 U.S.C. § 2515** (*Provide a brief statement of the final determination to be reviewed.*)

**28 U.S.C. § 1581(f) - Tariff Act of 1930, Section 777(c)(2) - 19 U.S.C. § 1677f(c)(2)**

Agency:     [ ] U.S. International Trade Commission          [ ] Administering Authority

**28 U.S.C. § 1581(g) - Tariff Act of 1930, Section 641 - 19 U.S.C. § 1641 - or Section 499 - 19 U.S.C. § 1499**

[ ] Sec. 641(b)(2)          [ ] Sec. 641(b)(3)          [ ] Sec. 641(c)(1)          [ ] Sec. 641(b)(5)

[ ] Sec. 641(c)(2)          [ ] Sec. 641(d)(2)(B)          [ ] Sec. 499(b)

**JURISDICTION**
(Continued)

**28 U.S.C. § 1581(h) - Ruling relating to:**

[ ] Classification      [ ] Valuation         [ ] Restricted Merchandise

[ ] Rate of Duty        [ ] Marking           [ ] Entry Requirements

[ ] Drawbacks           [ ] Vessel Repairs    [ ] Other: _____

_____

**28 U.S.C. § 1581(i)** - (*Cite any applicable statute and provide a brief statement describing jurisdictional basis.*)

**28 U.S.C. § 1582 - Actions Commenced by the United States**

    (1) Recover civil penalty under Tariff Act of 1930:

        [ ] Sec. 592          [ ] Sec. 593A         [ ] Sec. 641(b)(6)

        [ ] Sec. 641(d)(2)(A) [ ] Sec. 704(i)(2)    [ ] Sec. 734(i)(2)

[ ] (2) Recover upon a bond

[ ] (3) Recover customs duties

### R E L A T E D   C A S E (S)

To your knowledge, does this action involve a common question of law or fact with any other action(s) previously decided or now pending?

|              | PLAINTIFF | COURT NUMBER | JUDGE |
|--------------|-----------|--------------|-------|
| [ ] Decided: |           |              |       |
| [ ] Pending: |           |              |       |

(Attach additional sheets, if necessary.)

(As amended, eff. Jan. 1, 1985; Jan. 25, 2000, eff. May 1, 2000; May 25, 2004, eff. Sept. 1, 2004; Nov. 29, 2005, eff. Jan. 1, 2006; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 4, 2012, eff. Jan. 1, 2013.)