UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HONORABLE JENNIFER CHOE-GROVES, JUDGE

```
--------------------------------------------------------x
UNITED STATES                                           :
                                                        :
                    Plaintiff,                          :
                                                        :
        v.                                              :
                                                        :
GREENLIGHT ORGANIC, INC.,                               :   Court No. 17-00031
                                                        :
        and                                             :
                                                        :
PARAMBIR SINGH "SONNY" AULAKH                           :
                                                        :
                    Defendants.                         :
--------------------------------------------------------x
```

## ORDER

Upon consideration of defendants' motion to compel and upon other papers and proceedings had herein, it is hereby

**ORDERED** that defendants' motion to compel is granted; and it is further

**ORDERED** that plaintiff shall provide sufficient responses to Requests For Admissions Numbers. 1-43, 47-57, 59, 61-75, 77-104, and 107-116 within twenty (20) days of the date of entry of this order; and it is further

**ORDERED** that defendants shall have five days to examine and review plaintiff's compliance with this Order.  Upon completion of that review, if defendants believe that plaintiff has not properly complied with this Order, defendants shall advise this Court of the bases for such belief, and transmit a copy of that position to plaintiff by email or facsimile transmission, and it is further

**ORDERED** that plaintiff shall have five days to respond to defendants' submission, and shall provide defendant with an email of that response, if any, and it is further

**ORDERED** that if defendants are of the belief that plaintiff has properly complied with this Order, then the defendants shall advise the Court of that position, and transmit a copy of that position to plaintiff by email, and it is further

**ORDERED** that if plaintiff fails to file proper responses to the defendants' requests for admission within the time required by this order, then defendants' request for admission will be deemed admitted, and it is further

**ORDERED** that plaintiff shall pay defendants the reasonable attorney's fees and costs they incurred in filing this motion.

_____
Jennifer Choe-Groves, Judge

Dated: _____
New York, New York

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HONORABLE JENNIFER CHOE-GROVES, JUDGE

```
-------------------------------------------------------x
UNITED STATES                                          :
                                                       :
                    Plaintiff,                         :
                                                       :
           v.                                          :
                                                       :
GREENLIGHT ORGANIC, INC.,                              :    Court No. 17-00031
                                                       :
           and                                         :
                                                       :
PARAMBIR SINGH "SONNY" AULAKH                          :
                                                       :
                    Defendants.                        :
-------------------------------------------------------x
```

**MOTION TO COMPEL PLAINTIFF TO PROVIDE PROPER
ANSWERS TO DEFENDANTS' REQUESTS FOR ADMISSION**

Pursuant to USCIT R. 1, 26, 36, and 37, Defendants Greenlight Organic, Inc. and Parambir Singh ("Sonny") Aulakh file this motion for an order compelling the plaintiff, United States ("the Government"), to serve proper answers to Requests For Admission Numbers ("RFAs" or "Requests") 1-43, 47-57, 59, 61-75, 77-104, and 107-116, on the grounds that the objections to the requests stated by the Government are unjustified.

On June 4, 2021, Greenlight submitted requests for admission to the plaintiff. The Government provided responses on June 21, 2021. In its response, the Government has chosen to object and make qualified denials to all but three of the requests. As detailed in defendants' annexed memorandum, plaintiff's responses fail to provide meaningful and sufficient answers to the RFAs, pursuant to guidelines provided in USCIT R. 36. The Government has wrongfully objected to established factual assertions on the grounds that clear and precise terms are now

"ambiguous" or are a "mischaracterization" of the underlying documents which form the basis for the RFA.

The Government has also decided to evade a substantive response to the RFAs by falsely claiming that requests were "incoherent and prevent[ed] a meaningful response." Moreover, the Government has provided evasive answers to RFAs by disagreeing with defendants' characterization of documents that have been referenced in the RFAs. Ultimately, the Government has chosen to invoke several evasive tactics to avoid providing sufficient answers to nearly all of defendants' RFAs.

Defendants' counsel made two attempts to resolve the disputed RFAs, on June 24 and 29, 2021, and neither attempt garnered a response from plaintiff's counsel. *See* **Exhibit L** to Def. Memorandum in Support of this Motion. Therefore, the Government has made it clear that it has no intention to amend its responses and provide adequate answers. Defendants seek the assistance of the Court to direct plaintiff to provide proper responses to its Requests.

Alternatively, defendants move that the matters in RFAs 1-43, 47-57, 59, 61-75, 77-104, and 107-116 be deemed admitted on the grounds they do not comply with the requirements of Rule 36.

Accordingly, defendants respectfully request the Court to direct plaintiff to file proper responses to the RFAs or to deem the RFAs admitted, and to award legal fees in connection with the preparation of this motion.

Respectfully submitted,

GRUNFELD, DESIDERIO, LEBOWITZ,
SILVERMAN & KLESTADT LLP
*Attorneys for Defendants*
599 Lexington Avenue, FL 36
New York, New York 10022
Tel. (212) 557-4000
RSilverman@GDLSK.com

By:  /s/ Robert B. Silverman
Robert B. Silverman
Joseph M. Spraragen

Dated:  July 23, 2021
        New York, New York

3

11210500_1