**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **UNITED STATES,**<br><br>    Plaintiff,<br><br>v.<br><br>**GREENLIGHT ORGANIC, INC.**<br>**and PARAMBIR SINGH AULAKH,**<br><br>    Defendants. | Before:  Jennifer Choe-Groves, Judge<br><br>Court No. 17-00031 |

<u>**ORDER**</u>

Before the Court is the Motion to Amend Order Setting Forth Deadline for Proposed Pre-Trial Order ("Defendants' Motion"), ECF No. 175, in which Defendants request that the deadline for a proposed pre-trial scheduling order be extended from September 19, 2022 until fifteen days after the Court's decision on two pending motions.  Defs.' Mot. at 1.  Plaintiff took no position.  <u>Id.</u> at 2.

Upon consideration of Defendants' Motion, and all other papers and proceedings in this action, it is hereby

**ORDERED** that Defendants' Motion, ECF No. 175, is granted in part; and it is further

**ORDERED** that the deadline for a joint proposed pre-trial order, or separate proposed pre-trial orders, is stayed pending further order of this Court.

       /s/ Jennifer Choe-Groves
       Jennifer Choe-Groves, Judge

Dated: September 19, 2022
       New York, New York