UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **UNITED STATES,**<br><br>  Plaintiff,<br><br>v.<br><br>**GREENLIGHT ORGANIC, INC. and PARAMBIR SINGH AULAKH,**<br><br>  Defendants. | Before: Jennifer Choe-Groves, Judge<br><br>Court No. 17-00031 |

## ORDER

Upon consideration of the status conference held on May 10, 2023, ECF No. 192, and all other papers and proceedings in this action, it is hereby

**ORDERED** that this case is stayed temporarily at the request of the parties;

**ORDERED** that the Government shall file a status report on or before July 10, 2023, at 12:00 PM;

**ORDERED** that a status conference shall be held on July 11, 2023 at 2:00 PM in Courtroom 1 at the U.S. Court of International Trade; and it is further

**ORDERED** that **DEFENDANT PARAMBIR SINGH AULAKH** shall appear in person at the status conference on July 11, 2023.

Please contact my case manager, Mr. Steve Taronji, at (212) 264-1611 or steve_taronji@cit.uscourts.gov, with any questions or concerns.  Thank you for your assistance and cooperation.

  /s/ Jennifer Choe-Groves  
Jennifer Choe-Groves, Judge

Dated:  May 10, 2023  
       New York, New York