IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Court No. 17-00031 |
| GREENLIGHT ORGANIC, INC., and | ) |
| PARAMBIR SINGH "SONNY" AULAKH, | ) |
| | ) |
| Defendants. | ) |

**STATUS REPORT**

The United States respectfully submits this status report relating to the investigation of Parambir Singh "Sonny" Aulakh and Monika Gill, the Executive Director of defendant Greenlight Organic, Inc. (Greenlight), by the office of the United States Attorney for the Southern District of New York (SDNY), and the need to stay the extant proceeding.

On April 20, 2023, pursuant to a search warrant issued by the U.S. District Court for the Northern District of California, Federal agents executed searches at the California residences of Mr. Aulakh and Ms. Gill.  During the search, the Government seized documents, records, and communications related to Greenlight.  Many of these documents, records, and communications had not been previously disclosed in this or any other litigation.

The SDNY opened a criminal investigation related to the evidence recovered during these searches.  Because the SDNY investigation is ongoing, and because the evidence recovered in these searches will likely affect the Government's fraud case in this Court, the Court stayed this matter. For these same reasons, and because the SDNY investigation is still ongoing, the United States respectfully proposes that the Court continue the stay until the SDNY matter is resolved.  The Government respectfully recommends that the Court continue to stay this matter until January 2, 2024, at which time the Government will file a status report updating the Court on whether a continued stay is needed.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

FRANKLIN E. WHITE, JR.
Assistant Director

*s/ William Kanellis*
WILLIAM KANELLIS
ASHLEY AKERS
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
(202) 532 5749

Attorneys for Plaintiff