IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

|  |  |
|---|---|
| UNITED STATES,  ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | Court No. 17-00031 |
| ) | |
| GREENLIGHT ORGANIC, INC., and  ) | |
| PARAMBIR SINGH "SONNY" AULAKH,  ) | |
| ) | |
| Defendants.  ) | |

**JOINT STATUS REPORT AND MOTION TO CANCEL STATUS CONFERENCE**

Pursuant to Rules 1 and 7 of the Rules of the United States Court of International Trade (USCIT R.), plaintiff, the United States, and defendants, Greenlight Organic, Inc. and Parambir Singh "Sonny" Aulakh, are pleased to report that they have entered into a written settlement agreement that resolves all claims raised in this action.  Pursuant to the terms of their settlement agreement, the parties anticipate filing a stipulation of dismissal of this action following the performance of certain actions specified in the settlement agreement.  Because the predicate for filing the stipulation of dismissal is not expected to occur prior to the rescheduled the status conference currently scheduled for September 4, 2024, *see* Order, June 21, 2024, ECF No. 223, the parties request that the Court cancel the status conference in light of stipulation of dismissal that the parties expect to file in October 2024.

For the foregoing reasons, we respectfully request that the Court grant this joint motion to cancel the status conference currently scheduled to be held on September 4, 2024.

|  |  |
|---|---|
|  | Respectfully submitted, |
| GRUNFELD, DESIDARIO, LEBOWITZ SILVERMAN & KLESTADT LLP | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| 599 Lexington Avenue<br>36 Floor<br>New York, New York 10022<br>Tel. (212) 557-4000<br>RSilverman@GDLSK.com | /s/ Patricia M. McCarthy<br>PATRICIA M. McCARTHY<br>Director |
| By: /s/ Robert B. Silverman<br>     Robert B. Silverman<br>     Katherine A. Dobscha | /s/ Franklin E. White, Jr.<br>FRANKLIN E. WHITE, JR.<br>Assistant Director<br>Commercial Litigation Branch<br>Civil Division |
| Attorneys for Defendants | U.S. Department of Justice<br>P.O. Box 480, Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 307-6462<br>Email: Franklin.White@usdoj.gov |
|  | Attorneys for Plaintiff |

August 23, 2024

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

|  |  |
|---|---|
| UNITED STATES,  ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | Court No. 17-00031 |
| ) | |
| GREENLIGHT ORGANIC, INC., and  ) | |
| PARAMBIR SINGH "SONNY" AULAKH,  ) | |
| ) | |
| Defendants.  ) | |

## **ORDER**

Upon consideration of the parties' joint status report and motion to cancel the status conference scheduled for September 4, 2024, and finding good cause, it is hereby

**ORDERED** that the joint motion to cancel the status conference is granted.

Dated:

_____                    _____
New York, N.Y.                                              Jennifer Choe-Groves, Judge