### UNITED STATES COURT OF INTERNATIONAL TRADE

**UNITED STATES,**

      **Plaintiff,**

**v.**

**GREENLIGHT ORGANIC, INC. and PARAMBIR SINGH AULAKH,**

      **Defendants.**

**Before: Jennifer Choe-Groves, Judge**

**Court No. 17-00031**

### ORDER

Upon consideration of the Joint Status Report and Motion to Cancel Status Conference, ECF No. 224, and all other papers and proceedings in this action, it is hereby

**ORDERED** that the Joint Status Report and Motion to Cancel Status Conference, ECF No. 224, is granted; and it is further

**ORDERED** that the status conference scheduled for September 4, 2024, at 10:00 AM at the Court of International Trade in Courtroom 1, is canceled; and it is further

 **ORDERED** that the Parties shall submit a joint status report to the Court on October 10, 2024, and continue to submit a joint status report to the Court on or before the 10th day of every month thereafter.

Please contact my case manager, Mr. Steve Taronji, at (212) 264-1611 or steve_taronji@cit.uscourts.gov, with any questions or concerns.  Thank you for your assistance and cooperation.

                                    /s/ Jennifer Choe-Groves
                                   Jennifer Choe-Groves, Judge

Dated:    August 26, 2024
           New York, New York