IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

|  |  |  |
|---|---|---|
| UNITED STATES, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Court No. 17-00031 |
| | ) | |
| GREENLIGHT ORGANIC, INC., and | ) | |
| PARAMBIR SINGH "SONNY" AULAKH, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, and the terms of the settlement agreement executed by the parties on August 23, 2024, the parties hereby stipulate to the dismissal of this matter with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

GRUNFELD, DESIDARIO, LEBOWITZ SILVERMAN & KLESTADT LLP

599 Lexington Avenue
36 Floor
New York, New York 10022
Tel. (212) 557-4000
RSilverman@GDLSK.com

By:  /s/ Robert B. Silverman
        Robert B. Silverman
        Katherine A. Dobscha

Attorneys for Defendants

September 9, 2024

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

/s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Director

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6462
Email: Franklin.White@usdoj.gov
Attorneys for Plaintiff