IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

|  |  |
|---|---|
| UNITED STATES, <br>         Plaintiff, <br><br> v. <br><br> GREENLIGHT ORGANIC, INC., and <br> PARAMBIR SINGH "SONNY" AULAKH, <br><br>         Defendants. | Court No. 17-00031 |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, and the terms of the settlement agreement executed by the parties on August 23, 2024, the parties hereby stipulate to the dismissal of this matter with prejudice, with each party to bear its own costs, attorney fees, and expenses.

                                                                                Respectfully submitted,

| | |
|---|---|
| GRUNFELD, DESIDARIO, LEBOWITZ <br> SILVERMAN & KLESTADT LLP <br><br> 599 Lexington Avenue <br> 36 Floor <br> New York, New York 10022 <br> Tel. (212) 557-4000 <br> RSilverman@GDLSK.com <br><br> By: /s/ Robert B. Silverman <br>       Robert B. Silverman <br>       Katherine A. Dobscha <br><br> Attorneys for Defendants <br><br><br> September 9, 2024 | BRIAN M. BOYNTON <br> Principal Deputy Assistant Attorney General <br><br> /s/ Patricia M. McCarthy <br> PATRICIA M. McCARTHY <br> Director <br><br> /s/ Franklin E. White, Jr. <br> FRANKLIN E. WHITE, JR. <br> Assistant Director <br> Commercial Litigation Branch <br> Civil Division <br> U.S. Department of Justice <br> P.O. Box 480, Ben Franklin Station <br> Washington, D.C. 20044 <br> Telephone: (202) 307-6462 <br> Email: Franklin.White@usdoj.gov <br> Attorneys for Plaintiff |

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

|  |  |
|---|---|
| UNITED STATES,              )<br>            Plaintiff,    )<br>                             )<br>      v.                    )<br>                             )<br> GREENLIGHT ORGANIC, INC., and  )<br> PARAMBIR SINGH "SONNY" AULAKH, )<br>                             )<br>            Defendants.   )<br>                             ) | Court No. 17-00031 |

## ORDER OF DISMISSAL

This action having been voluntarily stipulated for dismissal by all parties having appeared in the action is dismissed.

Dated: September 12, 2024          Clerk, U.S. Court of International Trade


                                        By: _____/s/ Steve Taronji_____

                                                 Deputy Clerk